IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER GOODVINE,

            Plaintiff,

  v.

WILLIAM CONROY, MICHAEL JULSON,
SEAN SALTER, RANDY SCHNEIDER and
JEREMY A. WILEY,

            Defendants.

ORDER

12-cv-134-wmc

---

    Plaintiff Christopher Goodvine filed this civil action under 42 U.S.C. § 1983, concerning the conditions of his confinement at the Columbia Correctional Institution ("CCI"). He is presently represented by *pro bono* counsel. Now pending before the court is a joint motion to permit direct communications, "including *ex parte* communications," with the court's neutral expert, Dr. Kenneth Robbins. According to the parties, direct communication with Dr. Robbins is needed to "assist them in their efforts to develop either a joint proposed protocol or unilateral requests for changes to the protocol regarding Goodvine's [mental health] treatment." To facilitate his assistance, the parties have apparently reached an agreement as to how Dr. Robbins' costs should be apportioned between them.

    Assuming that Dr. Robbins is willing to be of further assistance in this case, the court will grant the parties' joint motion under the following conditions: (1) both sides participate jointly in any direct communications (meaning that neither party should engage in unilateral, one-sided or *ex parte* communications) with Dr. Robbins; and (2) Dr. Robbins may not be retained by either side to act as their expert without further order of

the court.

## ORDER

IT IS ORDERED that the parties' joint motion to allow direct communications with the court's neutral expert, Dr. Kenneth Robbins, (dkt. # 288) is GRANTED, in part, subject to the following conditions: (1) both sides must participate jointly in any direct communications (meaning that neither party should engage in unilateral, one-sided or *ex parte* communications) with Dr. Robbins; and (2) Dr. Robbins may not be retained by either side to act as their expert without further order of the court.

Entered this 16th day of July, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

2